No. 97–5901.  HODGKISS *v.* UNITED STATES.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States*, 516 U. S. 137 (1995).

No. D–1839.  IN RE DISBARMENT OF SARANELLO.  Disbarment entered.  [For earlier order herein, see 521 U. S. 1147.]

No. D–1841.  IN RE DISBARMENT OF SEGAL.  Disbarment entered.  [For earlier order herein, see 521 U. S. 1147.]

No. D–1842.  IN RE DISBARMENT OF STEWARD.  Disbarment entered.  [For earlier order herein, see 521 U. S. 1147.]

No. D–1845.  IN RE DISBARMENT OF KADISH.  Disbarment entered.  [For earlier order herein, see 521 U. S. 1148.]

No. D–1847.  IN RE DISBARMENT OF WOLHAR.  Disbarment entered.  [For earlier order herein, see 521 U. S. 1148.]

No. D–1848.  IN RE DISBARMENT OF GILLERAN.  Disbarment entered.  [For earlier order herein, see 521 U. S. 1148.]

No. D–1849.  IN RE DISBARMENT OF PICKETT.  Disbarment entered.  [For earlier order herein, see 521 U. S. 1148.]

No. D–1850.  IN RE DISBARMENT OF MARCUS.  Disbarment entered.  [For earlier order herein, see 521 U. S. 1149.]

No. D–1880.  IN RE DISBARMENT OF JOHNSON.  Michael Richards Johnson, of Newark, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.